**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DAVID COOPER**                                                                       **PLAINTIFF**

v.                                    **Case No.: 3:07CV00174 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                        **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 31st day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE